**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

WILMY CALIXTE

Petitioner,

v.

MATTHEW PUTRA, *in his official capacity as Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement*, et al.

Respondents.

Case No. 1:26-CV-1015

Judge Michael R. Barrett

**ORDER**

This matter is before the Court on Respondents' status report of October 27, 2026. (Doc. 6). The record now reflects that Petitioner Wilmy Calixte was afforded a constitutionally compliant custody redetermination hearing before an Immigration Judge, pursuant to the Court's grant of habeas corpus relief. (Doc. 5).

Accordingly, Respondents' obligations are **DISCHARGED**, and this matter is **CLOSED**.[1]

**IT IS SO ORDERED.**

*/s/ Michael R. Barrett*
Michael R. Barrett
United States District Judge

[1] The Court will retain jurisdiction to enforce its grant of relief and adjudicate any collateral issues, including timely fee petitions under the Equal Access to Justice Act, 28 U.S.C. § 2412. *See, e.g.*, *Cooter & Gell v. Hartmax Corp.*, 496 U.S. 384, 395 (1990).